# United States Court of Appeals for the Fifth Circuit

---

No. 25-60555
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JESSE RAY MCCUIN,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CR-38-1

---

Before SMITH, STEWART, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Jesse McCuin appeals his conviction of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1). He maintains that § 922(g)(1) violates the Second Amendment, both on its face and as applied to him, in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). He also contends that § 922(g)(1) is an unconstitutional extension of Congress's authority under the Commerce Clause and that there is an insufficient

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60555

federal nexus between firearm possession and commerce.

Because McCuin properly preserved his constitutional challenges, we review them *de novo*. *See United States v. Diaz*, 116 F.4th 458, 462 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). McCuin correctly concedes that all of his challenges are foreclosed by our precedent. *See United States v. Schnur*, 132 F.4th 863, 870–71 (5th Cir. 2025); *Diaz*, 116 F.4th at 471–72; *United States v. Alcantar*, 733 F.3d 143, 145 (5th Cir. 2013).

The judgment is AFFIRMED.